IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aser Tefera Bedane,<br><br>   Petitioner,<br><br>v.<br><br>Unknown Party, et al.,<br><br>   Respondents. | No. CV-26-00519-PHX-RM (DMF)<br><br>**ORDER** |

Petitioner challenged his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing that his detention has exceeded the removal period and there is no significant probability of his removal in the reasonably foreseeable future. (Doc. 5.) The Court directed Respondents to show cause why Petitioner's amended petition should not be granted as to his *Zadvydas* claim. (Doc. 6.) Respondents' response states:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his *Zadvydas* claim. Any remaining portions of the Petition will be denied as moot.

Accordingly,

. . . .

1 **IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is
2 **granted** as to his *Zadvydas* claim.  The Petition is otherwise **denied as moot**.

3 **IT IS FURTHER ORDERED** that Respondents must immediately **release**
4 Petitioner from custody under the same conditions that existed before his detention.

5 **IT IS FURTHER ORDERED** Respondents must provide a notice of compliance
6 within **two (2) days** of Petitioner's release.

7 **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment in
8 Petitioner's favor and close this case.

9 Dated this 6th day of February, 2026.

Honorable Rosemary Márquez
United States District Judge